UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 12-14081-CIV-MARTINEZ-LYNCH

EMPIRE FIRE & MARINE INSURANCE
COMPANY,

    Plaintiff,

vs.

STEVEN T. FLOYD, MIKI P. FLOYD and
SCOTT FLOYD,

    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

This case is **STAYED** pending the Court's resolution of the motions for summary judgment (D.E. Nos. 62 and 66).

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record